INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 08-23865   SQI   Judge: JOHN SQUIRES
Case Name: VINTAGE BY DESIGN BUILDER

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c): 09/09/08 (f)
341(a) Meeting Date: 12/16/08

For Period Ending: 12/31/08

Claims Bar Date: Bar date not set

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 3,500,000.00 | 0.00 | | 0.00 | FA |
| 2. 1999 TOYOTA TUNDRA | 600.00 | 0.00 | | 0.00 | FA |
| 3. FRAUDULENT TRANSFERS (u) | Unknown | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $3,500,600.00   $0.00   $0.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is reviewing documents received from debtor relating to transfers to third parties at real estate closings. Investigation continues.

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/10

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 01/30/09
BRENDA PORTER HELMS, TRUSTEE