**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case Number: 08 -23865 |
| Vintage By Design Builders, Inc. | ) | Chapter: 7 |
| Debtor. | ) | |

## COMPLETE FLASHINGS, INC'S MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES COMPLETE FLASHINGS, INC. (hereinafter "COMPLETE"), by and through its attorneys, Chitkowski Law Offices, and for its Motion For Relief From Automatic Stay to permit it to pursue and defend its rights and property interest relating to certain Mechanics Liens it has recorded, brought pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001(a)(3), states as follows:

1.  This court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (G). Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

2.  COMPLETE is an Illinois corporation with its principal place of business located at 211 Beeline Drive, in the Village of Bensenville, County of DuPage, State of Illinois.

3.  Vintage By Design Builders, Inc. (hereinafter "VINTAGE"), filed its voluntary petition under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code") on or about September 9, 2008 (the "Petition Date").

4.  COMPLETE contracted with VINTAGE to provide labor and materials for the installation of roofing and cooper flashing on three separate properties located at 510 N. Clay Street, Hinsdale, IL. PIN 09-01-300-030; 20 E. Ayers, Hinsdale, IL. PIN 09-01-309-005; and 612 Jefferson, Hinsdale, IL. PIN 09-01-219-008.

5. COMPLETE has recorded Mechanics Liens on each of the aforementioned properties. See Mechanics Liens, marked as Group Exhibit A, attached hereto and made a part hereof.

6. On October 3, 2008 this Court entered an order granting the Motion of Mutual Bank for Relief from Automatic Stay to permit them to pursue their state court remedies as to the properties located at 20 East Ayers, Hinsdale, Illinois and 510 North Clay Street, Hinsdale, Illinois (Docket No. 13). See Order, dated October 3, 2008, marked as Exhibit B, attached hereto and made a part hereof.

7. Subsequent to the automatic stay being terminated, Mutual Bank initiated two proceedings: Mutual Bank *v. Vintage By Design Builders, Inc., et al., DuPage* County, Illinois Case No.: 08 CH 004453 and Mutual Bank *v. Vintage By Design Builders, Inc. et al. DuPage* County, Illinois Case No.: 08 CH 004487 (hereinafter collectively referred to as the "Foreclosure Actions").

8. COMPLETE has been named as a defendant in the Foreclosure Actions, as it is a holder of lien rights in the underlying properties.

9. However, due to the automatic stay imposed by Section 362 of the Bankruptcy Code, COMPLETE is unable to defend its rights and property interests at issue without receiving relief from this Court.

10. COMPLETE requests that the Court modify the automatic stay for cause pursuant to 11 U.S.C. § 362(d) (1) to authorize COMPLETE to pursue and defend its rights and pursue its property interests in the Foreclosure Actions.

11. Section 362(d) of the Bankruptcy code provides in pertinent part:

> On request of a party in interest and after notice and a hearing, the court shall grant relief fro the stay provided under subsection (1) of this section, such as by … modifying… such stay – (1) for cause…
> 11 U.S.C. § 362(d).

12. Although section 362(d) of the Bankruptcy Code does not define "cause," the Seventh Circuit has held that cause must be determined on a case-by-case basis. In re: Fernstrom Storage & Van Co., 938 F.2d. 731, 735 (7th Cir. 1991). As explained below, COMPLETE'S need to protect its rights in the Foreclose Actions constitutes cause under section 362(d)(1) of the Bankruptcy code.

13. Mutual Bank has filed complaints in the Foreclosure Actions, naming COMPLETE as a defendant. COMPLETE must respond to the complaints. If COMPLETE is not permitted to defend itself in the Foreclosure Actions, its lien rights in the properties will be greatly prejudiced.

14. COMPLETE requests that this Court waive the 10-day stay of any order grating this Motion pursuant to Fed. R. Bankr. P. 4001(a)(3) and authorize COMPLETE to immediately exercise its rights.

15. Further, COMPLETE requests that this court modify the Automatic Stay in regards to the lien which COMPLETE has recorded against the property located at 612 Jefferson, Hinsdale, IL. PIN 09-01-219-008 in order to allow COMPLETE to pursue its lien claim against said property.

WHEREFORE, COMPLETE FLASHINGS, INC., prays that this Honorable Court enter an order modifying the automatic stay to authorize COMPLETE FLASHINGS, INC. to pursue and defend its rights and property interest at issue in *Mutual Bank v. Vintage By Design Builders, Inc., et al., DuPage* County, Illinois Case No.: 08 CH 004453, *Mutual Bank v. Vintage By Design Builders, Inc., et al. DuPage* County, Illinois Case No.: 08 CH 004487 and to permit it to

pursue its mechanics lien claim against the property located at 612 Jefferson, Hinsdale, IL. PIN 09-01-219-008, and for any further relief this Court deems equitable and just.

                                                CHITKOWSKI LAW OFFICES

                            By:   /s/ Jason Martin Loebach
                                    One of its attorneys

ARDC Number: 06275382
CHITKOWSKI LAW OFFICES
Jason Martin Loebach
801 Warrenville Road, Suite 620
Lisle, Illinois 60532
tel. 630-824-4808; fax 630-824-4809