UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                     §
                                           §
VINTAGE BY DESIGN BUILDERS, INC.           §    Case No. 08-23865
                                           §
          Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF THE COURT
              219 s. DEARBORN STREET
              CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/27/2013 in Courtroom 4016,
              Henry Hyde Judicial Office Facility
              505 N. County Farm Road
              Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2013                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
VINTAGE BY DESIGN BUILDERS, INC. §    Case No. 08-23865
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,189.46 |
| and approved disbursements of | $ | 196.54 |
| leaving a balance on hand of[1] | $ | 6,992.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000004 | Internal Revenue Service | $ 28,276.96 | $ 28,276.96 | $ 0.00 | $ 5,523.97 |
| | Total to be paid to secured creditors | | | $ | 5,523.97 |
| | Remaining Balance | | | $ | 1,468.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,468.95 | $ 0.00 | $ 1,468.95 |
| Other: International Sureties | $ 21.21 | $ 21.21 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,468.95 |
| Remaining Balance | | $ | 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,141.19  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | Illinois Department of Revenue | $ 3,141.19 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,090,717.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd | $ 20,806.65 | $ 0.00 | $ 0.00 |
| 000002A | McIlwee Millwork | $ 20,734.40 | $ 0.00 | $ 0.00 |
| 000003 | Alexander Lumber Company | $ 32,747.87 | $ 0.00 | $ 0.00 |
| 000005 | Bryan D Ogdon Ltd | $ 4,790.00 | $ 0.00 | $ 0.00 |
| 000006 | Epic Construction, Inc | $ 15,000.00 | $ 0.00 | $ 0.00 |
| 000007A | Illinois Department of Revenue | $ 413.30 | $ 0.00 | $ 0.00 |
| 000008 | United States Fire Protecti | $ 18,842.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Robert Murry | $ 153,000.00 | $ 0.00 | $ 0.00 |
| 000010 | Jennifer Kokal | $ 20,813.00 | $ 0.00 | $ 0.00 |
| 000011 | Justin Choi | $ 495,000.00 | $ 0.00 | $ 0.00 |
| 000012 | WK Olson Architects | $ 5,367.90 | $ 0.00 | $ 0.00 |
| 000013 | VG Masonary | $ 95,700.00 | $ 0.00 | $ 0.00 |
| 000014 | VG Construction | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 000015A | Complete Flashings, Inc. | $ 51,520.00 | $ 0.00 | $ 0.00 |
| 000016 | Fidelity National Title Co. | $ 18,482.00 | $ 0.00 | $ 0.00 |
| 000017 | Fidelity National Title Co. | $ 13,000.00 | $ 0.00 | $ 0.00 |
| 000018 | Fidelity National Title Co. | $ 110,000.00 | $ 0.00 | $ 0.00 |
| 000019 | Fidelity National Title Co. | $ 8,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 120,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Munirul Islam | $ 120,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 08-23865-DRC
Vintage By Design Builders, Inc.                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 3              Date Rcvd: Aug 26, 2013
                              Form ID: pdf006            Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2013.
```
db         +Vintage By Design Builders, Inc.,    533 N. Washington,    Hinsdale, IL 60521-3427
12593088   +Alexander Lumber Company,    c/o Franks Gerkin McKennaPC,    19333 East Grant Highway,
             Marengo, IL 60152-8250
12593089   +Anis Rahman,    c/o Curt Carlson,    124 C. South County Farm Rd,    Wheaton, IL 60187-4596
12593090    Arc 1 Electric,    8319S Oak Park Ave,    Burbank, Il 60459
12593091   +Better Home Ideas, Inc,    3149 Dundee Road #285,    Northbrook, Il 60062-2402
12593092   +Bharat Shukla,    565 E Thornhill Lane,    Palatine, Il 60074-7081
12593093   +Brett Blackwell,    Low Voltage Company,    2508 High Medow Rd,    Naperville, IL 60564-5307
12593094   +Bryan D Ogdon Ltd,    4810 Saratoga,    Downers Grove, Il 60515-3533
12593095   +Burlingame Concrete Const.,    1706 Chesterfield,    Glen Ellyn, Il 60137-4926
12593096    Burlingame Concrete Constr,    c/o Peregrine,Stime et al,    221 E Illinois St-PO Box564,
             Wheaton, IL 60187-0564
12593097   +Charter One Bank,    c/o Associated Credit,    105 B South St./PO Box 9100,
             Hopkinton, MA 01748-9100
12593098   +Chubb & Son,    c/o RMS,    77 Hartland #401,    East Hartford, CT 06108-3253
12593100    Comex Flashing, Inc.,    Chitkowski Law Office,    801 Warren Road, Ste 620,    Lisle, IL 60532
15454491    Complete Flashings, Inc.,    Jason Martin Loebach,    Chitkowski Law Office,
             801 Warren Road, Ste 620,    Lisle, Il 60532
12593101   +Designed Stair Co.,    c/o Lisa Coffey, Attorney,    5 W Merchants Dr,    Oswego, IL 60543-9456
12593103   +Eden Stone Company,    W4520 Lime Road,    Eden, Wi 53019-1108
12593104   +Eden Stone Company,    Box 686378,    Milwaukee, Wi 53268-0001
12593105   +Edward Hines Lumber Co,    1000 Corporate Grove Dr,    Buffalo Grove, Il 60089-4550
12593106   +Epic Construction, Inc,    327 N Broadview,    Lombard, Il 60148-1522
12593107  ++++FASTEEL,    24118 W CHICAGO ST STE 202,    PLAINFIELD IL  60544-2860
             (address filed with court: Fasteel,    607 W Chicago, Ste. #203,    Plainfield, Il. 60544)
12593108   +Fidelity National Title Co.,    Damon M Fisch,    20 S. Clark, Suite 1510,    Chicago, IL 60603-1824
12593109   +First American Title Ins.,    27775 Diehl Road,    Warrenville, Il 60555-4024
12593111   +Hometite Systems, Inc.,    115 S. Harris Drive,    Rockdale, Il 60436-8003
12593110   +Hometite Systems, Inc.,    c/o Michael W Hansen PC,    320 Waterstone Way, #200,
             Joliet, IL 60431-7964
12593112   +Hortons of LaGrange,    60 S. LaGrange Road,    LaGrange, Il 60525-2429
12593113   +I & A Excavating,    670 Pine Street,    Batavia, Il 60510-3234
15075770    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
12593116   +Javid & Darlene Aslam,    1147 Daweo St.,    Libertyville, Il 60048-3570
12593117   +Jennifer Kokal,    1005 Sycamore Drive,    Shorewood, Il 60404-2538
12593119   +Jesse Stone,    5205 W. 25th Place,    Cicero, Il 60804-3313
12593118   +Jesse Stone,    c/o Friedman,Katz & Shapiro,    11511 Katy Freeway, #602,    Houston, TX 77079-1908
12593120   +John Vivacovua,    374 Amy Court,    Glen Ellyn, Il 60137-3741
12593121   +Joseph & Denise Cato LaPalm,    c/o Sullivan Hincks&Conway,    120 West 22nd St - Ste 100,
             Oak Brook, IL 60523-4067
12593122   +Joseph C & Denise C LaPalm,    580 Lee Street,    Glen Ellyn, Il 60137-4227
12593123   +Justin Choi,    543 N Elm St,    Hinsdale, Il 60521-3540
12593126   +Kings Landscaping,    5545 S Elm Street,    Hinsdale, Il 60521-5010
12593127   +LaGrange Glass & Mirror,    621 South LaGrange Rd,    La Grange, Il 60525-6724
12593128   +Lata Bhaskara,    1381 N Justin Ct,    Addison, Il 60101-5703
12593129   +Lost Crek Stone,    17023 Shore Oaks West,    Holland, Mi 49424-6090
12593134   +MG Bros Construction Inc,    562 W Potter St,    Wood Dale, Il 60191-1738
12593130   +Macias Insulation,    8025 S. Latrobe Ave.,    Burbank, Il 60459-2162
12593132   +McGuire & Sons,    12250 Shirley Lane,    Alsip, Il 60803-2422
12593133   +Mcllwee Millwork,    1400 Ardmore Ave,    Itasca, Il 60143-1107
12593135   +Mohamed Rahman,    779 S Greenleaf Court,    Palatine, Il 60067-6777
12593136   +Munirul Islam,    2780 Shellingham Dr.,    Lisle, Il 60532-4243
12593137   +Mutual Bank,    1303 Ogden Avenue,    Downers Grove, Il 60515-1983
12593138   +Nautilus Insurance Group,    c/o McMahan & Sigunick LTD,    412 S Wells St-6th Floor,
             Chicago, IL 60607-3972
12593140   +Oakfield Stone,    P O Box 221,    Oakfield, Wi 53065-0221
12593141   +Portable John, Inc.,    1414 Canal Street,    Lockport, Il 60441-2896
12593142   +Refugio Chagoya,    341 Blue Heron Way,    Bartlett, Il 60103-2333
12593144   +Robert Murry,    11 S. 650 McGrath Lane,    Naperville, Il 60564-5745
12593145   +Santora Carpets,    817 Kay St. #4,    Addison, Il 60101-4900
12593149   +Sopris Concrete,    c/o Donald R. Dickerson,    440 W. Galena Blvd.,    Aurora, IL 60506-3950
12593148   +Sopris Concrete,    213 Bender Road,    Sandwich, Il 60548-1256
12593150   +Soterios Polychronopoulos,    563 N Oak Street,    Hinsdale, Il 60521-3849
12593151   +Sunrise Temperature,    399 Wall St., Unit J,    Glendale Heights, Il 60139-1987
12593152   +Sunrise Temperature,    c/o Morrisroe & Associates,    114 S Bloomingdale Rd.,
             Bloomingdale, IL 60108-1239
12593153   +The David Insurance Agency,    385 N. York Road,    Elmhurst, Il 60126-2343
12593155   +Thermaseal/Lakeside,    917 Tower Rd,    Mundelein, Il 60060-3811
12593156   +United States Fire Protecti,    28427 North Ballard,    Unit H,    Lake Forest, IL 60045-4542
12593157    Urban Drywall LLC,    c/o John Rubenstein-Coface,    P O Box 8510,    Metairie, LA 70011-8510
12593158   +VG Construction,    6619 Tennessee Ave,    Willowbrook, Il 60527-1862
12593159    VG Masonary,    Law Offices of Saulius V Modestas,    25 E. Washington St., Ste 1804,
             Chicago, IL 60602-1828
12593161   +WK Olson Architects,    14334 Town Center Drive,    Homer Glen, Il 60491-9623
```

```
District/off: 0752-1            User: mhenley              Page 2 of 3                  Date Rcvd: Aug 26, 2013
                                Form ID: pdf006            Total Noticed: 72


12593160      Washington Mutual Bank,    c/o West Asset Mgt.,    7333 Tam O'Shantee,    Stockton, CA 95210-3370
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12593087     +E-mail/Text: g17768@att.com Aug 27 2013 00:48:19       A T & T,    P O Box 989045,
               West Sacramento, Ca 95798-9045
12593099     +E-mail/Text: legalcollections@comed.com Aug 27 2013 00:47:23        Com Ed,    P O Box 87522,
               Chicago, Il 60680-0522
12798743     +E-mail/Text: legalcollections@comed.com Aug 27 2013 00:47:23        ComEd,
               Attn: Bankruptcy Section,    Revenue Management,    2100 Swift Drive,    Oakbrook, IL 60523-1559
12593115      E-mail/Text: cio.bncmail@irs.gov Aug 27 2013 00:45:04       Internal Revenue Service,
               P O BOX 21126,    Philadelphia, PA 19114
12593114     +E-mail/Text: bankruptcies@libertymutual.com Aug 27 2013 00:49:29        Indiana Insurance,
               9450 Seward Rd.,    Fairfield, Oh 45014-5412
12860476     +E-mail/Text: cio.bncmail@irs.gov Aug 27 2013 00:45:04       Internal Revenue Service,
               Group-WSB5223,    2001 Butterfield Rd,    Downers Grove, IL 60515-1058
12593139     +E-mail/Text: bankrup@aglresources.com Aug 27 2013 00:45:49        Nicor Gas,    P O Box 416,
               Aurora, Il 60568-0001
                                                                                                TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12593124       Kazi Hassan
12593131       Master Card
12593102     ##+Designed Stair Co.,    1251 E Sixth Street,    Sandwich, Il 60548-1947
12593125     ##+Kevin McQillian,    947 Maple Ave.,    Downers Grove, Il 60515-4930
12593143     ##+Republic Title Co.,    1941 Rohlwing Road,    Rolling Meadows, Il 60008-1338
12593146     ##+Schneiders Stairs Co,    P O Box 1050,    Sugar Grove, Il 60554-1050
12593147     ##+Shaun & Maureen Pettit,    447 Bryant St.,    Glen Ellyn, Il 60137-4701
12593154     ##+The Tailored Closet,    189 Poplar Place, Unit #1,    North Aurora, Il 60542-8192
                                                                                   TOTALS: 2, * 0, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2013**              **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3              Date Rcvd: Aug 26, 2013
                              Form ID: pdf006            Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2013 at the address(es) listed below:

    Brenda Porter Helms, ESQ  brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
    Brenda Porter Helms, ESQ  on behalf of Trustee Brenda Porter Helms, ESQ
    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
    David  Brown, ESQ  on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
    marigonzo@springerbrown.com;jill@springerbrown.com
    Douglas D Danielson  on behalf of Creditor  Republic Title Company ddd@maloneycraven.com,
    ddd3333@aol.com
    Frank  Kladis  on behalf of Creditor  Mutual Bank fkladis@rfd-law.com
    Jeffrey D Corso  on behalf of Creditor  King's Landscaping Co. jcorso@cooneycorso.com
    John J Chitkowski  on behalf of Creditor  Complete Flashings, Inc. jjc@chitkowskilaw.com,
    jennifer@chitkowskilaw.com
    John J Conway  on behalf of Plaintiff Joseph C LaPalm johnconway@shlawfirm.com
    John J Conway  on behalf of Creditor Joseph C LaPalm johnconway@shlawfirm.com
    John J Conway  on behalf of Creditor Denise Cato LaPalm johnconway@shlawfirm.com
    John J Conway  on behalf of Plaintiff Denise Cato LaPalm johnconway@shlawfirm.com
    Kevin K. McQuillan  on behalf of Creditor Maureen  Pettit kevin@mcq-law.com
    Kevin K. McQuillan  on behalf of Plaintiff Shaun  Pettit kevin@north-mcquillan-law.com
    Kevin K. McQuillan  on behalf of Plaintiff Maureen  Pettit kevin@north-mcquillan-law.com
    Kevin K. McQuillan  on behalf of Creditor Shaun  Pettit kevin@mcq-law.com
    Mark L Shaw  on behalf of Creditor  United States Fire Protection,Inc. markshawlaw@hotmail.com,
    stevenbweinberg@gmail.com;sllgrgosselin@hotmail.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Richard L Hirsh  on behalf of Creditor  JJ McILWEE richala@sbcglobal.net
    Saulius  Modestas  on behalf of Creditor  V G Masonry Company, Inc. smodestas@modestaslaw.com
    Saulius  Modestas  on behalf of Creditor  VG Construction and Remodeling, Inc.
    smodestas@modestaslaw.com
    Stephen J Costello  on behalf of Debtor  Vintage By Design Builders, Inc. steve@costellolaw.com
                                 TOTAL: 21