UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
VINTAGE BY DESIGN BUILDERS, INC. §    Case No. 08-23865
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Mutual Bank |  |  |  |  |  |
|  | Mutual Bank |  |  |  |  |  |
| 000004 | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| | IRS | | | | | |
| 000007B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st American Title Insurance | | | | | |
| | AT&T | | | | | |
| | Anis Rahman | | | | | |
| | Arc 1 Electric | | | | | |
| | Better Homes Ideas | | | | | |
| | Bharat Shukla | | | | | |
| | Brett Blackwell | | | | | |
| | Burlington Concrete Const. | | | | | |
| | Burlington Concrete Const. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Bank | | | | | |
| | Chubb & Son | | | | | |
| | Com Ed | | | | | |
| | Com Ed | | | | | |
| | ComEx | | | | | |
| | David Insurance Agency | | | | | |
| | Designed Stair Co | | | | | |
| | Eden Stone Co. | | | | | |
| | Edward Hines Lumber | | | | | |
| | Fasteel | | | | | |
| | Hometite Systems | | | | | |
| | Hortons of LaGrange | | | | | |
| | I&A Excavating | | | | | |
| | Indiana Insurance | | | | | |
| | Javid & Darlene Aslam | | | | | |
| | Jesse Stone | | | | | |
| | John Vivacovua | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph & Denise Cata LaPalm | | | | | |
| | Kevin McQuillian | | | | | |
| | Kings Landscaping | | | | | |
| | LaGrange Glass & Mirror | | | | | |
| | Lata Bhaskara | | | | | |
| | Lost Creek Stone | | | | | |
| | MG Bros Construction | | | | | |
| | Macias Insulation | | | | | |
| | MasterCard | | | | | |
| | McGuire & Sons | | | | | |
| | Mohamed Rahman | | | | | |
| | Nautilas Insurance Group | | | | | |
| | Nicor | | | | | |
| | Nicor | | | | | |
| | Oakfield Stone | | | | | |
| | Portable John Inc. | | | | | |
| | Refugio Chagoya | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Republic Title | | | | | |
| | Santora Carpets | | | | | |
| | Schneider Stairs | | | | | |
| | Shawn & Maureen Petit | | | | | |
| | Sopris Concrete | | | | | |
| | Soterios Polychronopoulos | | | | | |
| | Sunrise Temp | | | | | |
| | Tailored Closet | | | | | |
| | Thermaseal/Lakeside | | | | | |
| | Urban Drywall | | | | | |
| | Washington Mutual Bank | | | | | |
| 000003 | ALEXANDER LUMBER COMPANY | | | | | |
| 000005 | BRYAN D OGDON LTD | | | | | |
| 000001 | COMED | | | | | |
| 000015A | COMPLETE FLASHINGS, INC. | | | | | |
| 000006 | EPIC CONSTRUCTION, INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | FIDELITY NATIONAL TITLE CO. | | | | | |
| 000017 | FIDELITY NATIONAL TITLE CO. | | | | | |
| 000018 | FIDELITY NATIONAL TITLE CO. | | | | | |
| 000019 | FIDELITY NATIONAL TITLE CO. | | | | | |
| 000007A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000010 | JENNIFER KOKAL | | | | | |
| 000011 | JUSTIN CHOI | | | | | |
| 000002A | MCLLWEE MILLWORK | | | | | |
| 000009 | ROBERT MURRY | | | | | |
| 000008 | UNITED STATES FIRE PROTECTI | | | | | |
| 000014 | VG CONSTRUCTION | | | | | |
| 000013 | VG MASONARY | | | | | |
| 000012 | WK OLSON ARCHITECTS | | | | | |
| 000020 | MUNIRUL ISLAM | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 08-23865 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VINTAGE BY DESIGN BUILDERS, INC. | | Date Filed (f) or Converted (c): | 09/09/08 (f) |
| | | | 341(a) Meeting Date: | 12/16/08 |
| For Period Ending: | 11/19/13 | | Claims Bar Date: | 04/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 3,500,000.00 | 0.00 | | 0.00 | FA |
| 2. 1999 TOYOTA TUNDRA | 600.00 | 0.00 | | 0.00 | FA |
| 3. FRAUDULENT TRANSFERS (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. Republic Title escrow account | 0.00 | 0.00 | | 7,185.08 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.38 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,500,600.00 | $0.00 | | $7,189.46 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10   Current Projected Date of Final Report (TFR): 12/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-23865 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VINTAGE BY DESIGN BUILDERS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1186  Checking - Non Interest |
| Taxpayer ID No: | *******1231 | | |
| For Period Ending: | 11/19/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 7,066.45 | 7,066.45 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -2.47 | | 7,063.98 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -4.50 | | 7,059.48 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -4.35 | | 7,055.13 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -4.49 | | 7,050.64 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.48 | | 7,040.16 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 6.30 | | | 7,033.86 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 7,023.86 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.44 | | 7,013.42 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.09 | | 7,003.33 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.41 | | 6,992.92 |
| 10/02/13 | 010002 | Brenda Porter Helms | TRUSTEE FEE | | | 1,468.95 | | | 5,523.97 |
| 10/02/13 | 010003 | Internal Revenue Service<br>P O BOX 21126<br>Philadelphia, PA 19114 | Final Distribution | | | 5,523.97 | | | 0.00 |

| Account *******1186 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| | 0 Deposits | 0.00 | 3 | Checks | 6,999.22 |
| | 0 Interest Postings | 0.00 | 9 | Adjustments Out | 67.23 |
| | Subtotal | $  0.00 | 0 | Transfers Out | 0.00 |
| | 0 Adjustments In | 0.00 | | Total | $  7,066.45 |
| | 1 Transfers In | 7,066.45 | | | |
| | Total | $  7,066.45 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.04

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 08-23865 -CAS | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VINTAGE BY DESIGN BUILDERS, INC. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******7860 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1231 | | | | |
| For Period Ending: | 11/19/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/01/09 | | Republic Title<br>1941 Rohlwing road<br>Rollng Meadows IL 60008 | escrow account proceeds | 7,185.08 | | | | | 7,185.08 |
| 08/01/09 | 4 | Asset Sales Memo: | Republic Title escrow account $7,185.08 | | | | | | 7,185.08 |
| 08/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.15 | | | | 7,185.23 |
| 09/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,185.41 |
| 10/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,185.59 |
| 11/30/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,185.77 |
| 12/31/09 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,185.95 |
| 01/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,186.13 |
| 02/26/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.17 | | | | 7,186.30 |
| 03/06/10 | 000101 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | bond premium | | | 6.10 | | | 7,180.20 |
| 03/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,180.38 |
| 04/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,180.56 |
| 05/28/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,180.74 |
| 06/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,180.92 |
| 07/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,181.10 |
| 08/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.19 | | | | 7,181.29 |
| 09/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,181.47 |
| 10/29/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,181.65 |
| 11/30/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,181.83 |
| 12/31/10 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,182.01 |
| 01/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,182.19 |
| 02/19/11 | 000102 | International Sureties<br>701 Polydras St. #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | | | 5.46 | | | 7,176.73 |
| 02/28/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,176.79 |
| 03/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.06 | | | | 7,176.85 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23865 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VINTAGE BY DESIGN BUILDERS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7860  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1231 | | | |
| For Period Ending: | 11/19/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 04/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,176.91 |
| 05/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,176.97 |
| 06/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,177.03 |
| 07/29/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,177.09 |
| 08/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,177.15 |
| 09/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,177.21 |
| 10/31/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,177.27 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.14 | | 7,168.13 |
| 11/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,168.19 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -8.84 | | 7,159.35 |
| 12/30/11 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,159.41 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -8.83 | | 7,150.58 |
| 01/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,150.64 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.38 | | 7,141.26 |
| 02/29/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,141.32 |
| 02/29/12 | 000103 | Intrenational Sureties Ltd. | Trustee bond | | | 9.45 | | | 7,131.87 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -8.49 | | 7,123.38 |
| 03/30/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,123.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -8.76 | | 7,114.68 |
| 04/30/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,114.74 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.04 | | 7,105.70 |
| 05/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,105.76 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.03 | | 7,096.73 |
| 06/29/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,096.79 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -8.43 | | 7,088.36 |
| 07/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,088.42 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -9.30 | | 7,079.12 |
| 08/31/12 | 5 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.06 | | | | 7,079.18 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -8.99 | | 7,070.19 |
| 09/14/12 | 5 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.03 | | | | 7,070.22 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-23865 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VINTAGE BY DESIGN BUILDERS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7860  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1231 | | |
| For Period Ending: | 11/19/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | | | | -3.77 | | 7,066.45 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -7,066.45 | 0.00 |

|  | Account *******7860 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
|  |  | 1 Deposits | 7,185.08 | 3 Checks | | 21.01 |
|  |  | 38 Interest Postings | 4.38 | 12 Adjustments Out | | 102.00 |
|  |  | | | 1 Transfers Out | | 7,066.45 |
|  |  | Subtotal | $ 7,189.46 | | | |
|  |  | | | Total | $ | 7,189.46 |
|  |  | 0 Adjustments In | 0.00 | | | |
|  |  | 0 Transfers In | 0.00 | | | |
|  |  | Total | $ 7,189.46 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 1 Deposits | 7,185.08 | 6 Checks | | 7,020.23 |
| | 38 Interest Postings | 4.38 | 21 Adjustments Out | | 169.23 |
| | | | 1 Transfers Out | | 7,066.45 |
| | Subtotal | $ 7,189.46 | | | |
| | | | Total | $ | 14,255.91 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 7,066.45 | | | |
| | Total | $ 14,255.91 | Net Total Balance | $ | 0.00 |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 11/19/13

BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 16)

Ver: 17.04